El Pueblo, Demandante y Apelado, *v.* Ojeda, Acusado y Apelante.

Apelación procedente de la Corte de Distrito de Mayagüez en causa por delito contra la salud pública.

No. 1279.—Resuelto en junio 21, 1918.

Venta de Leche Adulterada—Evidencia.—La evidencia de que dos inspectores vieran al acusado llevando leche a un puesto, y la manifestación hecha por el acusado de que procedía de otro determinado puesto, no constituye prueba de que el acusado efectuara una venta.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. Feliú & Alemañy.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

El apelante fué acusado de haber vendido leche adulterada. Al terminarse el juicio se presentó una moción de *non suit,* la cual fué desestimada. El acusado no presentó prueba alguna. La única evidencia que existe con respecto a que el apelante hiciera una venta, es que dos inspectores vieron a Benigno Ojeda llevando leche al puesto de José Santana Ruiz y que el apelante manifestó que procedía del puesto de Apolinario Ojeda. Esto no constituye prueba de que Benigno Ojeda efectuara una venta, y la sentencia debe ser revocada.

*Revocada la sentencia.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.